EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2020 TSPR 128 |
| Francisco Rádinson Caraballo | 205 DPR _____ |

Número del Caso: TS-11,473

Fecha: 21 de octubre de 2020

Abogado de la parte peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Francisco Rádinson Caraballo          TS-11,473

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de octubre de 2020.

Examinada la *Tercera moción solicitando reinstalación al ejercicio de la abogacía* presentada por el Sr. Francisco Rádinson Caraballo, así como la *Certificación* del Programa de Educación Jurídica Continua (PEJC) emitida el 8 de octubre de 2020, damos por cumplida nuestra *Resolución* del 22 de septiembre de 2020 y, en consecuencia, ordenamos la reinstalación del Lcdo. Francisco Rádinson Caraballo al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez no intervinieron.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo